Cite as 2014 Ark. 533



# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE THE RETIREMENT OF DONALD L. CORBIN | Opinion Delivered  DEC 1 1 2014 |

## PER CURIAM

Upon his retirement from the Supreme Court of Arkansas after twenty-four years of dedicated service as associate justice, the court recognizes and expresses its appreciation to Justice Donald L. Corbin. Prior to joining the court, Justice Corbin practiced law in DeQueen, Lewisville, and Stamps, Arkansas. He served five terms in the Arkansas House of Representatives from 1971 to 1980. Elected to the Arkansas Court of Appeals in 1980, he served as Chief Judge from 1987 until his election to the Arkansas Supreme Court in 1990. As a member of the supreme court, he served as a liaison to the Supreme Court Model Jury Instructions Committee–Civil, the Unauthorized Practice of Law Committee, and the Board of Certified Court Reporter Examiners.

Justice Corbin is a combat veteran who served in the United States Marines, which speaks volumes about his tenacity. The marine motto "Semper Fi" meaning "always faithful" has clearly been a guiding principle in his life, as evidenced by his many years of faithful service to this court. Justice Corbin always strived to maintain the integrity of this court and to protect the independence of the judiciary, by treating all parties equally and fairly. His legacy as a jurist is unlikely to be duplicated.

We wish him many years spent enjoying time with his family, relaxing at his lake house, and duck hunting with friends at his cabin. Godspeed, Justice Corbin, you will be missed.

Chief Justice Jim Hannah

Associate Justice Karen Baker

Associate Justice Josephine Hart

Associate Justice Paul Danielson

Associate Justice Courtney Goodson

Associate Justice Cliff Hoofman